IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JENIQUA IRENE KUCKLES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 115-077 |
| | ) | |
| | ) | |
| DEPARTMENT OF THE ARMY and | ) | |
| CHRISTOPHER KENNY, Attorney, | ) | |
| | ) | |
| Defendants. | ) | |

_ _ _ _ _ _

| | | |
|---|---|---|
| JENIQUA IRENE KNUCKLES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 115-116 |
| | ) | |
| | ) | |
| DEPARTMENT OF THE ARMY, | ) | |
| Dwight D. Eisenhower Army | ) | |
| Medical Center; KELLY ELDER; | ) | |
| DEBORAH WOODS; | ) | |
| and CHRISTOPHER KENNY, | ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**
_____

On May 29, 2015, Plaintiff submitted to the Court for filing a complaint brought pursuant to 42 U.S.C. § 1983. Knuckles v. Dep't of the Army, CV 115-077, doc. no. 1 (S.D. Ga. May 29, 2015). Eleven days later, on June 9, 2015, Plaintiff submitted to the Court for filing another complaint brought pursuant to § 1983. Knuckles v. Dept. of the Army, CV

115-085, doc. no. 1 (S.D. Ga. June 9, 2015). Plaintiff voluntarily dismissed case number CV 115-085 after this Court identified that it appeared Plaintiff had merely filed another copy of the complaint in case number CV 115-077. Id., doc. nos. 5, 6, 7.

Similarly, on August 3, 2015, Plaintiff submitted to the Court for filing another complaint brought pursuant to § 1983. Knuckles v. Dep't of the Army, CV 115-116, doc. no. 1 (S.D. Ga. Aug. 3, 2015). This complaint contains similar relief sought and statement of facts as case number CV 115-077. Compare Knuckles v. Dep't of the Army, CV 115-077, doc. no. 1, pp. 3-5 with Knuckles v. Dep't of the Army, CV 115-116, doc. no. 1, pp. 3-5. However, the later-filed complaint contains a more detailed and updated statement of facts, including events from July 2015, and an attached "Complaint for Injunctive Relief." See Knuckles v. Dep't of the Army, CV 115-116, doc. no. 1, pp. 3-10.

Therefore, it appears that Plaintiff may have intended to simply file an amended complaint in case number CV 115-077. Accordingly, Plaintiff shall have ten days from the date of this Order to notify the Court whether she intended to file two separate cases and be potentially responsible for a total of $700 in filing fees. Should Plaintiff fail to respond to this Order, (1) the Court will presume Plaintiff did not intend to open a new case, (2) case number CV 115-077 will proceed in the normal course of business with the amended complaint against Defendants named in the amended complaint, and (3) case number CV 115-116 will be dismissed.

SO ORDERED this 6th day of August, 2015, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA